# United States District Court

Eastern District of Wisconsin

| | |
|---|---|
| ALBERT M. VIRSNIEKS,<br>　　　Petitioner, | JUDGMENT IN A CIVIL CASE |
| v. | |
| JUDY P. SMITH,<br>　　　Respondent. | CASE NUMBER: 03-C-670 |

[X]　Decision by Court. This action came for consideration before the Court.

　　IT IS ORDERED AND ADJUDGED
　　that the petition is denied and this case is dismissed.

　　　　　　　　　　　　　　　　　　SOFRON B. NEDILSKY
　　　　　　　　　　　　　　　　　　Clerk of Court

July 18, 2006　　　　　　　　　　　s/ V. Kelly Barton Terry
Date　　　　　　　　　　　　　　　(By) Deputy Clerk


　　　　　　　　　　　　　　　　　　Approved this 18th day of July.

　　　　　　　　　　　　　　　　　　s/AARON E. GOODSTEIN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge